IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| BRENDA SHOEMAKE, individually and as next of kin of Lecretia E. Doak, an incapacitated person, ) ) ) ) Plaintiff, ) ) vs. ) KINDRED NURSING CENTERS LIMITED ) PARTNERSHIP d/b/a Cordova ) Rehabilitation and Nursing Center; et al., ) ) ) Defendants. ) | No. 2:04-CV-2835-B<br><br>JURY DEMANDED |

## PROTECTIVE ORDER

On motion of Defendants Katherine A. Bennett and Frank D. Lamier under Fed. R. Civ. P. 26(c)(1), and for good cause shown, it is hereby

ORDERED, that the Plaintiff shall not have discovery under Fed. R. Civ. P. 26, 33, 34, 35, or 36 from Defendants Katherine A. Bennett or Frank D. Lamier, and that these individuals shall not be treated as "parties" for purposes of the discovery rules of the Federal Rules of Civil Procedure.

ENTER this 5th day of ~~April~~ May, 2005.

_Diane K. Vescovo_
Judge

{08452_00/0447/00681175.DOC.}

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-5-05

69

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 69 in case 2:04-CV-02835 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

F. Laurens Brock
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallan Bldg.
Chattanooga, TN 37402

William Lee Maddux
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallen Bldg.
Chattanooga, TN 37402

Brian Reddick
WILKES & MCHUGH, P.A.
425 West Capitol Avenue
Ste. 3500
Little Rock, AR 72201

Darrell E. Baker
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Cameron C. Jehl
WILKES & McHUGH- Little Rock
425 West Capitol Ave.
Ste. 3500
Little Rock, AR 72201

Daryl J. Brand
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallen Bldg.
Chattanooga, TN 37402

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Deborah Whitt
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Honorable J. Breen
US DISTRICT COURT