UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY **PJ** D.C.
05 JUN -6 AM 11: 02

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

---

**BRENDA SHOEMAKE, individually and as next of kin of LECRETIA E. DOAK, an incapacitated person,**

      **Plaintiff,**

v.

**KINDRED NURSING CENTERS LIMITED PARTNERSHIP d/b/a CORDOVA REHABILITATION AND NURSING CENTER, et al.,**

      **Defendants.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 04-2835-B**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Remanding Case To State Court entered on June 2, 2005, this cause is hereby dismissed.


APPROVED:

_____
**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

**4/6/05**
Date

ROBERT R. DI TROLIO
**Clerk of Court**

_____
**(By) Deputy Clerk**

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 6-9-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 75 in case 2:04-CV-02835 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

Cameron C. Jehl
WILKES & McHUGH- Little Rock
425 West Capitol Ave.
Ste. 3500
Little Rock, AR 72201

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Darrell E. Baker
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

William Lee Maddux
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallen Bldg.
Chattanooga, TN 37402

F. Laurens Brock
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallan Bldg.
Chattanooga, TN 37402

Deborah Whitt
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Brian Reddick
WILKES & MCHUGH, P.A.
425 West Capitol Avenue
Ste. 3500
Little Rock, AR 72201

Daryl J. Brand
CHAMBLISS BAHNER & STOPHEL
Two Union Square
1000 Tallen Bldg.
Chattanooga, TN 37402

Honorable J. Breen
US DISTRICT COURT